COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| IN RE: | § | No. 08-16-00300-CV |
| | § | |
| DISH NETWORK, LLC, AND | | AN ORIGINAL PROCEEDING |
| ECHOSPHERE, LLC, | § | |
| | | IN MANDAMUS |
| RELATORS. | § | |
| | § | |

O R D E R

Pending before the Court is a motion filed by the Real Party in Interest, Yvette Delgado, requesting that we modify the Court's opinion and judgment to exceed the deadline for the trial court to rule on the motion to compel arbitration. The Court delayed ruling on this motion to modify pending disposition of a subsequent original proceeding arising out of the same underlying case (our cause number 08-17-00161-CV). We issued our opinion and judgment in cause number 08-17-00161-CV conditionally granting mandamus relief on October 24, 2018. The disposition of cause number 08-17-00161-CV effectively renders Delgado's motion to modify motion moot. Accordingly, the motion to modify is denied as moot.

IT IS SO ORDERED THIS 24TH DAY OF OCTOBER, 2018.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.